

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/30/2020

YAAKOV SAKS ▲*
JUDAH STEIN ▲
RAPHAEL DEUTSCH ^
RACHEL DRAKE ▪
DAVID FORCE ▲

**STEIN | SAKS, PLLC**

▲ NJ & NY Bar Admissions
^ CT & NJ Bar Admissions
▪ NJ Bar Admission
*Federal Court Bar Admissions
CO, TX, WI, MO, NE, NM, IL, ND, MI, CT, AR, TN

285 Passaic Street, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

October 30, 2020

**Via CM/ECF**
The Honorable John P. Cronan
United States District Court
Southern District of New York

    Re:    **West vs Bell & Ross, Inc.**
              **Case #: 1:20-cv-03775-JPC**

Dear Judge Cronan:

We represent the plaintiff in the above matter. We write to respectfully request that the initial conference currently scheduled for November 2, 2020 at 9:45am be adjourned. The Defendant is in default and has not made contact at all with Plaintiff.

This is the first request for an adjournment. The Plaintiff will file for default within 45 days.

We thank Your Honor and the Court for its kind considerations and courtesies.

                              Respectfully submitted,

                              *s/ David Force*
                              David Force, Esq.

cc:    All Counsel of Record via ECF

It is hereby ORDERED that the conference scheduled for November 2, 2020 is adjourned *sine die*, and that Plaintiff shall file its motion for default judgment by December 14, 2020. Plaintiff is reminded that in filing its motion for default judgment, it must follow the procedures outlined in 3.F of the Court's Individual Rules and Practices in Civil Cases.

SO ORDERED.

Dated: October 30, 2020
       New York, New York

JOHN P. CRONAN
United States District Judge