```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
MARY WEST, on behalf of herself and all others                         :
similarly situated,                                                    :
                                                                       :
                              Plaintiff,                               :   20-CV-3775 (JPC)
                                                                       :
            -v-                                                        :   ORDER
                                                                       :
BELL & ROSS INC.,                                                      :
                                                                       :
                              Defendant.                               :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On August 25, 2021, Plaintiff filed a proposed clerk's certificate of default, indicating that she served Defendant with the Summons and Complaint "via drop box." Dkt. 20. The Court previously concluded that Plaintiff's efforts to serve Defendant via a drop box were inadequate, Dkt. 14, and Plaintiff has since filed proof of service indicating that service was accepted by Ana Delgado, a manager at Bell & Ross Inc., Dkt. 18. By August 26, 2021, Plaintiff shall file a letter clarifying the manner of service in this case.

SO ORDERED.

Dated: August 25, 2021
       New York, New York

                                            _____
                                            JOHN P. CRONAN
                                            United States District Judge